United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON ELIAS HAND, TDCJ #01361647, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-3701 |
| SILVIO BERLUSCONI, | § § | |
| Respondent. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 31st day of October, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE